AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the

Ulide Anthony Rudon

*Petitioner*

v.

Craig W. Kuhn

*Respondent*

*(name of warden or authorized person having custody of petitioner)*

)
)
)
)
)
)
)
)
)

**RECEIVED**
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUL 01 2024

FILED
DOCKETED _____
DATE _____
INITIAL _____

Case No. 24-544

*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name: Ulide Anthony Rudon
    (b) Other names you have used: Conrad Jones
2.  Place of confinement:
    (a) Name of institution: Desert View Annex
    (b) Address: 70450 Rancho Road, Adelanto, CA 92301

    (c) Your identification number: 216448695
3.  Are you currently being held on orders by:
    ❏ Federal authorities     ❏ State authorities     ❏ Other - explain:

4.  Are you currently:

    ❏ A pretrial detainee (waiting for trial on criminal charges)
    ❏ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
        (a) Name and location of court that sentenced you:

        (b) Docket number of criminal case:
        (c) Date of sentencing:
    ☑ Being held on an immigration charge
    ❏ Other *(explain)*:

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:
    ❏ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

❏ Pretrial detention
☑ Immigration detention
❏ Detainer
❏ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
❏ Disciplinary proceedings
❏ Other *(explain)*:

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court:

   (b) Docket number, case number, or opinion number: 13 CR - 17388
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   Mr Gallimore is the one that beat Michael Davis with a bat in his head this is all in my statement in my case they have never use my statement I was wronfully charge.
   (d) Date of the decision or action: 06 12 2018

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ❏ Yes          ☑ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court:

       (2) Date of filing:
       (3) Docket number, case number, or opinion number:
       (4) Result:
       (5) Date of result:
       (6) Issues raised:

   (b) If you answered "No," explain why you did not appeal: I didnt appeal because I was deported back to my Country.

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ❏ Yes          ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court:

    (2) Date of filing:

    (3) Docket number, case number, or opinion number:

    (4) Result:

    (5) Date of result:

    (6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal: I didn't appeal because I was deported back to my country.

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes    ☑ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court:

    (2) Date of filing:

    (3) Docket number, case number, or opinion number:

    (4) Result:

    (5) Date of result:

    (6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal: I didn't appeal because I was deported back to my country.

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes    ☑ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

    ☐ Yes    ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes            ☑ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☑ Yes            ☐ No

If "Yes," provide:
(a) Date you were taken into immigration custody: 09|2022
(b) Date of the removal or reinstatement order: 09|26|2022
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes            ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Date of filing:

(2) Case number:

(3) Result:

(4) Date of result:

(5) Issues raised:

(d)      Did you appeal the decision to the United States Court of Appeals?

     ☑ Yes            ☐ No

If "Yes," provide:

(1) Name of court:   Ninth Circuit

(2) Date of filing:

(3) Case number:   24-549

(4) Result:   Pending

(5) Date of result:   Pending

(6) Issues raised:   Pending

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes            ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application:

(b) Name of the authority, agency, or court:

(c) Date of filing:

(d) Docket number, case number, or opinion number:

(e) Result:

(f) Date of result:

(g) Issues raised:

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Grounds for Your Challenge in This Petition

13.  State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** I was Charge wrongfully by the State of Cook County.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

In my statement have said that I is the one that hit Mr Davis on his left arm I didn't Cause no injury Mr Davis. I was Charge accessory of attempted murder I was wrongfully Charge would attempted murder by the director of Cook country.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes  ☑ No

**GROUND TWO:** Mr Gallimore is the one that beat Mr Davis with a bat in his head this is all in my Statement in my case they have never use my statement I was wrongfully Charge.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes  ☑ No

**GROUND THREE:** My lawyer never explain before take a Plea deal she never said this will affect my immigration status that is violate my rights to know my rights.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes  ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes          ☒ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:   I didn't appeal because I was deported back to my country

<strong>Request for Relief</strong>

15. State exactly what you want the court to do:   I'm asking to drop my charge from attempted murder to my battery charge.

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

06/27/2024

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:  06/20/2024

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 25. Certificate of Service for Paper Filing

---

### ATTENTION ELECTRONIC FILERS: DO NOT USE FORM 25
Use Form 25 only if you are not registered for Appellate Electronic Filing.

**Instructions**
- You must attach a certificate of service to each document you send to the court and to opposing counsel.
- Include the title of the document you are serving, the name and address of each person you served with a copy of the document, and the date of mailing or hand delivery.
- Sign and date the certificate. You do not need to have the certificate notarized.
- Remember that you must send a copy of all documents and attachments to counsel for each party to this case.

---

**9th Cir. Case Number(s)** | 24 - 544

**Case Name** | Rudan V. Garland

I certify that I served on the person(s) listed below, either by mail or hand delivery, a copy of the | A0242

and any attachments. *(title of document you are filing, such as Opening Brief, Motion for ___, etc.)*

**Signature** | WS | **Date** | 06/20/2024

| Name | Address | Date Served |
|---|---|---|
| Molly C. Dwyer | Post Office Box 193939 San Francisco, CA 94119-3939 | 06/27/2024 |
| | | |
| | | |
| | | |

*Mail this form to the court at:*
Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 25 | *Rev. 12/01/2018*

Ulide Anthony Rudon
216 448 695/24.544

I was arrested on Apple 2013 and was investigated I the Detective John saiemme star #20 769 everything that
happened that night at night at the bar The police proceeded toput us in a line up with Mr gallimore, and the witness pointed us out After, were placed in a cell Three days later, I was taken to County Jail. On the first week I was taken to Court, and they told me that I was charged with Battery and Mr. gallimore was charged with attempted murder.The public defender was named Dimlock the Judge's name was Haux and the Courtroom was 205. I told my public defender what had happened that night at the bar. The case was long For the fist two years, she told me I was charged with Battery and I was offered two years. I denied the plea deal, so my case was prolonged for three years
After three years,I was told that the State had boosted up my charge to attempted murder for the reason that I had not notified the Detective John saiemme star #20 769 did not call an ambulance and left the man there. Five years after, gallimore went to trial. The young man testified against him,and he was found guilty and sentenced to 12 years. One month after, I was supposed to have a trial, but it was delayed. The day Iwent to Court, the public defender said that I had nothing to do with what happened that night and the oniy reason I was charged was because I was there when it happened. I had no defense on my side, and they tried to shift my case to a different courtroom. And a month after, the second time I was in Court I was given a plea deal, so I asked what happened to the battery charge. And I was told that the State had made a decision, and there was nothing my public defender could do. Iwas violated ftom I was charge wrong fully by nasux the state in Chicago Cook county norax 26 and Caifornta court

216448695/24.544
Ulide Anthony Rudon

I am asking the Courts to Vacate my Conviction because I was
Charge wrongfully because I hit a man on his left arm and Mr
Gallimore beat him in his head Mr Rudon didn't Cause no
damage to Michael Davis I have give John Salemme star #20 769
and have never use my statement in Court everything that has it is in
my statement I was charged wrongfully by the state
in Chicago Cook County 26 and California court violated my due
process rights


 my lawyer never explain before take a plea deal she never said this
will affect my Immigration status that is violate my due process
rights

JUNE,12,2013

attempted murder The public defender was
mamed cheryl Dimlock,the Judges name
was Judge Haux the courtroom was 205.I
told my public defender what had happened
that night at the bar. The case was long for
that two years, she told me I
I was chargedwith Battery and I was
offered two years .I denied the plea deal so
my  case was prolonged for three years.
After three yeaes. I was toId thsl the state
had boosted up my charge to attempted
murder for the reason that I had not
notified the police, did not call an ambulance,
and left the man there. Ficve years after, Mr
Gallimore went to trial. The young
man testified against him, and he was fonud
guiltyand esntenced to 12 years. One
month after, I was supposed to have a trial, but
it was delayrd. The day I went to court, the
puyblic defender said that I had nothing to do
with what happened that night, and the only
reason Iwas charged was because I was there

G.J. NO. 79
GENERAL NO. 13CR-17388

CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT
CRIMINAL DIVISION
SEPTEMBER 2013

The People of the State of
Illinois
v.

Tremaine Gallimore

Anthony Rudon

**INDICTMENT FOR**
ATTEMPT FIRST DEGREE MURDER

A TRUE BILL

Foreman of the Grand Jury

WITNESS
Detective: John Salemme, Star#20769

Filed _____ ,20___
Clerk
Bail $ _____

13 SEP 16 PH 1:12

00098

IN THE CIRCUIT COURT OF COOK COUNTY

PEOPLE OF THE STATE OF ILLINOIS )    CASE NUMBER      13CR1738802
                            v.            )    DATE OF BIRTH    03/23/63
ANTHONY     RUDON                    )    DATE OF ARREST   08/18/13
Defendant                                     IR NUMBER 2218693   SID NUMBER _____

ORDER OF COMMITMENT AND SENTENCE TO
ILLINOIS DEPARTMENT OF CORRECTIONS
=======================================

The above named defendant having been adjudged guilty of the offense(s) enumerated below is hereby sentenced to the Illinois Department of Corrections as follows:

| Count | Statutory Citation | Offense | Sentence | | Class |
|---|---|---|---|---|---|
| 001 | 720 - 5/8-4(A)(720-5 | (ATT) ATTEMPT MURDER/INTENT TO | YRS. 008 | MOS.00 | X |
| | and said sentence shall run concurrent with count(s) __ __ __ __ | | | | |
| ___ | _____  _____ | | YRS. ____ | MOS. ____ | ____ |
| | and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on: | | | | |
| ___ | _____  _____ | | YRS. ____ | MOS. ____ | ____ |
| | and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on: | | | | |
| ___ | _____  _____ | | YRS. ____ | MOS. ____ | ____ |
| | and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on: | | | | |
| ___ | _____  _____ | | YRS. ____ | MOS. ____ | ____ |
| | and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on: | | | | |

On Count ___ defendant having been convicted of a class _ offense is sentenced as a class x offender pursuant TO 730 ILCS 5/5-5-3(C)(8).

On Count ___ defendant is sentenced to an extended term pursuant to 730 ILCS 5/5-8-2.

The Court finds that the defendant is entitled to receive credit for time actually served in custody for a total credit of 1934 days as of the date of this order Defendant is ordered to serve 0003 years Mandatory Supervised Release.

IT IS FURTHER ORDERED that the above sentence(s) be concurrent with the sentence imposed in case number(s) _____  _____  _____  _____
AND: consecutive to the sentence imposed under case number(s) _____  _____  _____  _____

IT IS FURTHER ORDERED THAT MITT TO ISSUE_____
SENTENCE TO BE SERVE AT 85%_____

IT IS FURTHER ORDERED that the Clerk provide the Sheriff of Cook County with a copy of this Order and that the Sheriff take the defendant into custody and deliver him/her to the Illinois Department of Corrections and that the Department take him/her into custody and confine him/her in a manner provided by law until the above sentence is fulfilled.

DATED _____ JUNE 12, 2018
CERTIFIED BY   T CRUMP
               DEPUTY CLERK
VERIFIED BY   _____

ENTER: 06/12/18

JUDGE, HOOKS, WILLIAM H.        1985

CCG N305

STATE OF ILLINOIS    )
                     )  SS.
COUNTY OF COOK       )

                     The SEPTEMBER 2013 Grand Jury of the
                     Circuit Court of Cook County,

The Grand Jurors chosen, selected and sworn, in and for the County of
Cook, in the State of Illinois, in the name and by the authority of
the People of the State of Illinois, upon their oaths present that on
or about June 17, 2013 at and within the County of Cook

                     Tremaine Gallimore
                     Anthony Rudon

committed the offense of       ATTEMPT FIRST DEGREE MURDER

in that THEY, WITHOUT LAWFUL JUSTIFICATION, WITH INTENT TO KILL, DID
AN ACT, TO WIT: STRUCK MICHAEL DAVIS ABOUT THE HEAD AND BODY, WHICH
CONSTITUTED A SUBSTANTIAL STEP TOWARDS THE COMMISSION OF FIRST DEGREE
MURDER,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 8-4(a)(720-5\9-1(a)(1)) OF
THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same
People of the State of Illinois.

                     COUNT NUMBER 1
                     CASE NUMBER 13CR-17388
                     CHARGE ID CODE: A0735000

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about June 17, 2013 at and within the County of Cook

Tremaine Gallimore
Anthony Rudon

committed the offense of      AGGRAVATED BATTERY

in that THEY, IN COMMITTING A BATTERY, KNOWINGLY USED A DEADLY WEAPON, OTHER THAN BY THE DISCHARGE OF A FIREARM, WITHOUT LEGAL JUSTIFICATION, CAUSED BODILY HARM TO MICHAEL DAVIS, TO WIT: STRUCK MICHAEL DAVIS ABOUT HIS BODY WITH A BAT,
IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 12-3.05(f)(1) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

COUNT NUMBER 2
CASE NUMBER 13CR-17388
CHARGE ID CODE: 0016122

00100

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about June 17, 2013 at and within the County of Cook

Tremaine Gallimore
Anthony Rudon

committed the offense of      AGGRAVATED BATTERY

in that THEY, IN COMMITTING A BATTERY, KNOWINGLY USED A DEADLY WEAPON, OTHER THAN BY THE DISCHARGE OF A FIREARM, WITHOUT LEGAL JUSTIFICATION, CAUSED BODILY HARM TO MICHAEL DAVIS, TO WIT: STRUCK MICHAEL DAVIS ABOUT HIS BODY WITH A PIPE,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 12-3.05(f)(1) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

COUNT NUMBER 3
CASE NUMBER 13CR-17388
CHARGE ID CODE: 0016122

00101

Uploaded on: 10/31/2022 at 5:51:39 p.m. (Pacific Daylight Time) Base City: ADL
RESTRICTED Case: 24-544, 02/15/2024, DktEntry: 10.2, Page 915 of 1205

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about June 17, 2013 at and within the County of Cook

Tremaine Gallimore
Anthony Rudon

committed the offense of      AGGRAVATED BATTERY

in that THEY, IN COMMITTING A BATTERY, OTHER THAN BY THE DISCHARGE OF A FIREARM, KNOWINGLY WITHOUT LEGAL JUSTIFICATION, CAUSED GREAT BODILY HARM TO MICHAEL DAVIS, TO WIT: STRUCK MICHAEL DAVIS ABOUT THE BODY,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 12-3.05(a)(1) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

COUNT NUMBER 4
CASE NUMBER 13CR-17388
CHARGE ID CODE: 0016094

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about June 17, 2013 at and within the County of Cook

Tremaine Gallimore
Anthony Rudon

committed the offense of      AGGRAVATED BATTERY

in that THEY, IN COMMITTING A BATTERY, OTHER THAN BY THE DISCHARGE OF A FIREARM, KNOWINGLY WITHOUT LEGAL JUSTIFICATION CAUSED PERMANENT DISFIGUREMENT TO MICHAEL DAVIS, TO WIT: STRUCK MICHAEL DAVIS ABOUT THE BODY,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 12-3.05(c) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

COUNT NUMBER 5
CASE NUMBER 13CR-17388
CHARGE ID CODE: 0016094

**This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.**
**Forms are free at ilcourts.info/forms.**

| STATE OF ILLINOIS, CIRCUIT COURT<br><br>COUNTY | REQUEST TO EXPUNGE & IMPOUND AND/OR SEAL CRIMINAL RECORDS | For Court Use Only<br><br>24-544 |
|---|---|---|

| Instructions ▼ | |
|---|---|
| Directly above, enter the name of county where you will file the case. | Request of:<br><br>Ulide Anthony Rudn<br>**Your name** *(First, middle, last name)* |
| Enter your name, birth date, race, and gender. List any other names you used when arrested on the cases listed on this form. | Conrad Jones<br>**Other names used in these cases** |
| | 03/23/1963   Cooley Indian   Male<br>Date of birth   Race   Gender |
| If the Clerk gave you a new case number, enter it to the right. | **Case Number** *(if the Clerk assigns a new number)* |

**Arrest or Case Numbers of all Eligible Criminal Offenses on your Record in this County:**

Enter the number for all eligible arrests and charges on your criminal record in this county. If an arrest did not result in formal charges, enter the arrest number.

13CR1738802 _____ _____ _____

_____ _____ _____ _____

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUL 02 2024

FILED
DOCKETED
DATE

| If you are **only** requesting to seal cases, do **not** fill out sections 2 - 11. **Go to section 11.** | 1. I am requesting to expunge and impound records.<br>☒ Yes  ☐ No *(If no, go to Section 11)*<br>2. I ask the Court to **EXPUNGE AND IMPOUND** the following arrests or charges from the records of the Arresting Agency, the Circuit Clerk, and the Illinois State Police. I was arrested, or charged without being arrested, and not convicted on the dates and for the offenses listed below: |
|---|---|

| See *How to Expunge and/or Seal a Criminal Record* to make sure all of your cases can be erased by expunging your record. For help filling out this table, see pages 12 – 15. **Do not list any convictions in this section.** | Arrest or Case Number | Arresting Agency | Charge *(list all charges for each case number)* | Date of Arrest | Outcome *(for example, RV, S or P)* |
|---|---|---|---|---|---|
| | 13CR1738802 | Police Department | Attempt murder | 08/18/2013 | RV |
| In 2, enter all eligible arrests or charges on your record. Enter all charges for each case number. | | | | | |
| For **Outcome**, enter an outcome that matches the outcome of your case. Use the shortened version of the outcome from the Outcome Abbreviations box. | | | | | |

| **Outcome Abbreviations** | | | |
|---|---|---|---|
| RV | Conviction Reversed or Vacated | P | Pardon from the Governor |
| CE | Certificate of Eligibility for Expungement from PRB | FI | Found Factually Innocent |
| RWC | Released Without Charge | DA | Dismissal or Acquittal |
| S | Supervision Successfully Completed | QP | Qualified Probation Successfully Completed |

If you need more room, use the *Additional Arrests or Cases for Expungement* form and check the box.

☐ I have listed additional arrests or cases on the attached *Additional Arrests or Cases for Expungement* form.

EX-R 2903.7                    Page 1 of 4                    (08/23)

Enter the Case Number given by the Circuit Clerk: _____

_____

_____

_____

_____

☐ I need more room to explain and I have listed additional information on the attached *Additional Motion* form.

<table>
<tr><td>

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

</td><td>

**I certify that everything in the *Motion* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.**

/s/ _____
*Your Signature*

</td><td>

10450 Rancho Road
_____
*Street Address*

</td></tr>
<tr><td>

If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name.

</td><td>

Ulide Anthony Rudon
_____
*Print Your Name*

</td><td>

Adelanto, CA, 92301
_____
*City, State, ZIP*

</td></tr>
<tr><td rowspan="2">

Enter your complete address, telephone number, and email address, if you have one.

</td><td>

_____
*Telephone*

</td><td>

_____
*Email*

</td></tr>
<tr><td>

_____
*Atty # (if any)*

</td><td></td></tr>
</table>

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

## PROOF OF DELIVERY

<table>
<tr><td>

In **1a**, enter the name, mailing address, and email address of the party you are sending the document to. If they have a lawyer, you **must** enter the lawyer's information.

</td><td>

**1.** I am sending the *Motion*

    **a.** To:
        Name: <u>Molly</u>    <u>C.</u>      <u>Dwyer</u>
                  *First*          *Middle*          *Last*
        Address: <u>Post office Box 193939 San Francisco CA</u>   <u>94119-3939</u>
                   *Street, Apt #*              *City*       *State*        *ZIP*

        Email address: _____

</td></tr>
<tr><td>

In **1b**, check the box to show how you are sending the document.

**CAUTION:** If you and the person you are sending the document to have an email address, you **must** use one of the first two options. Otherwise, you may use one of the other options.

</td><td>

    **b.** By:
        ☐ An approved electronic filing service provider (EFSP)
        ☐ Email *(not through an EFSP)*
        *Only use one of the methods below if you do not have an email address, or the person you are sending the document to does not have an email address.*

        ☐ Personal hand delivery to:
           ☐ The party
           ☐ The party's family member who is 13 or older, at the party's residence
           ☐ The party's lawyer
           ☐ The party's lawyer's office
        ☑ Mail or third-party carrier

</td></tr>
<tr><td>

In **c**, fill in the date and time that you are sending the document.

</td><td>

    **c.** On: <u>06/21/2024</u> at: <u>8:00</u> ☑ a.m. ☐ p.m.
         *Date*              *Time*

</td></tr>
</table>

Enter the Case Number given by the Circuit Clerk: _____

<table>
<tr><td>

In **3-11**, check ALL boxes that apply.

In **3**, you cannot expunge a criminal conviction unless one of the special situations listed under checkboxes a, b, c, or d describes your case.

</td></tr>
</table>

**3.** I was not convicted of any offenses I want to expunge, unless *(Check the box that applies)*:
- a. ☒ I was convicted, but the conviction was reversed or vacated; OR
- b. ☐ I received a pardon from the Governor of the State of Illinois allowing expungement. *(Attach a copy of the pardon.)*; OR
- c. ☐ I received a Certificate of Eligibility for Expungement by the Prisoner Review Board. *(Attach a copy of the Certificate.)*; OR
- d. ☐ I was found factually innocent in the case I am asking to expunge.

**4.** ☐ For at least one case, I was arrested and released, and no charges were filed against me.

**5.** ☐ For at least one case, I was arrested for a minor traffic offense and released from custody without being charged.

**6.** ☐ For at least one case, I was charged, but was later acquitted or the case was dismissed.

<table>
<tr><td>

In **7**, your record must specifically state that you had Qualified Probation. It might also be called Second Chance, 410, 710, 1410, or TASC probation.

</td></tr>
</table>

**7.** ☒ For at least one case, I received a sentence of Qualified Probation; AND
- a. At least 5 years have passed since my Qualified Probation ended successfully; AND
- b. I have attached the results of a drug test that I passed within the last 30 days.

<table>
<tr><td>

In **8**, if you got supervision for any case, 5 years must have passed since the end of the sentence for:
• Domestic Battery;
• Criminal Sexual Abuse;
• Driving without Insurance;
• Driving with registration suspended for Non-Insurance;
• Display of False Insurance Card;
• Scrap Processors to Keep Records; OR
• 2 years must pass since the end of the sentence for all other supervisions (except those listed in **9**, which can never be expunged).

</td></tr>
</table>

**8.** ☐ For at least one case, I received a sentence of supervision; AND
- a. ☐ For certain offenses listed in the law, at least 5 years have passed since I completed my supervision successfully; OR
- b. ☐ At least 2 years have passed since I completed my supervision successfully.

**9.** ☐ I am NOT seeking to expunge any arrests or charges that resulted in supervision for:
- a. Driving Under the Influence; OR
- b. Any sexual offense against a person under the age of 18; OR
- c. Reckless Driving when I was 25 years of age or older.

**10.** ☐ For at least one case, I received a sentence of supervision for Reckless Driving; AND
- a. I was under the age of 25 when the offense was committed; AND
- b. I have no other convictions for DUI or Reckless Driving; AND
- c. I have reached the age of 25.

<table>
<tr><td>

If you are **only requesting to expunge** cases, do **not** fill out sections 12 - 23. Skip to the bottom and sign to form.

See *How to Expunge and/or Seal a Criminal Record* to make sure your cases can be hidden by sealing your record. For help filling out the table on the next page, see pages 12 – 15.

</td></tr>
</table>

**11.** I am requesting to seal records.
☒ Yes ☐ No *(If no, skip Sections 12- 23)*

Enter the Case Number given by the Circuit Clerk: _____

| | |
|---|---|
| In **12**, enter all eligible arrests, charges, and convictions you want sealed. Enter all charges for each case number. For **Outcome**, enter an outcome that reflects the outcome of your case. Use the shortened version of the outcome from the Outcome Abbreviations box. | **12.** I ask the Court to **SEAL** the following arrests, charges, or convictions from the records of the Arresting Agency, the Circuit Clerk, and the Illinois State Police: |

**12.** I ask the Court to **SEAL** the following arrests, charges, or convictions from the records of the Arresting Agency, the Circuit Clerk, and the Illinois State Police:

| Arrest or Case Number | Arresting Agency | Charge *(list all charges for each case number)* | Date of Arrest | Outcome *(for example, MC, FC, or CE)* |
|---|---|---|---|---|
| 13CR1738802 | Police Department | Attempt murder | 08/18/13 | FC |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Outcome Abbreviations**

| **MC** | Misdemeanor Conviction | **FC** | Felony Conviction |
|---|---|---|---|
| **CE** | Certificate of Eligibility for Sealing from PRB | **QP** | Qualified Probation Successfully Completed |

☐ I have listed additional arrests or cases on the attached *Additional Arrests or Cases for Sealing* form.

If you need more room to list additional eligible arrests or charges use the *Additional Arrests or Cases for Sealing* form and check the box.

**13– 14** must be true for you to use this form.

For **13**, traffic offenses cannot be sealed unless they were an eligible Class A or B misdemeanor.

In **15 - 22**, check ALL boxes that apply.

In **16** and **17a –c**, some misdemeanor supervisions and convictions cannot be sealed, like DUI, some Reckless Driving Offenses, Domestic Battery, some Sexual Offenses, and Dog Fighting.
In **17b**, some Class 3 and Class 4 felony offenses can be sealed, like Theft, Possession of Cannabis, Possession of a Controlled Substance, and a few others.

For a complete list of crimes that can and cannot be sealed, see the *How to Expunge and/or Seal a Criminal Record.*

**13.** I am not asking to seal arrests or charges for minor traffic offenses, unless I was released without being charged.

**14.** I am not asking to seal a felony conviction that happened after the sealing of a prior felony conviction.

**15.** ☐ I am asking to seal a successfully completed sentence of Second Chance Probation (under Section 5-6-3.4 of the Unified Code of Corrections), for which there is no waiting period.

**16.** ☐ At least 2 years have passed since I successfully completed my supervision, for eligible offenses.

**17.** At least 3 years have passed since the end of my last sentence *(Unless #20 or 21 applies)*; AND *(Check all that apply):*
   a. ☐ I received a misdemeanor conviction for an offense subject to sealing;
   b. ☐ I received a felony conviction for an offense subject to sealing. If it was a drug case, I have attached the results of a drug test that I passed within the last 30 days.
   c. ☐ I successfully completed a sentence under Section 10 of the Cannabis Control Act, Section 410 of the Illinois Controlled Substances Act, Section 70 of the Methamphetamine Control and Community Protection Act, or Offender Initiative Program (under Section 5-6-3.3 of the Unified Code of Corrections), AND I have attached the results of a drug test that I passed within the last 30 days.

**18.** ☐ I am not asking to seal a felony conviction for which I currently have to register on a public registry, including the Arsonist Registration Act, the Sex Offender Registration Act, or the Murder and Violent Offender Against Youth Registration Act.

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT _____ COUNTY | **MOTION** | For Court Use Only |
|---|---|---|

**Instructions ▼**

Directly above, enter the name of the county where the case was filed.

Enter the name of the person who started the lawsuit as Plaintiff/Petitioner.

Enter the names of the people and businesses sued as Defendants/Respondents.

Enter the Case Number given by the Circuit Clerk.

Ulide Anthony Rudon
**Plaintiff / Petitioner** *(First, middle, last name)*

v.

People of the state of illinois

**Defendants / Respondents** *(First, middle, last name, or business name)*

**Case Number**

In 1, check if you are the Plaintiff/Petitioner or Defendant/Respondent.

In 2, enter what you are asking the court for with this *Motion*.

In the lines write what you are asking the court to do, and the reasons why the judge should agree with you.

1. *Motion* by: ☒ Plaintiff/Petitioner      ☐ Defendant/Respondent

2. *Motion* for:   I am asking the courts to vacate my conviction because I was charge wrongfully because I hit a man in his left arm and Mr Gallimore beat him in his head. Mr Rudon didn't cause no damage to Mr Davis I have give a statement to dectective John Salemme star # 20769 and have never use my statement in court, everything that has it is in my statement i was charge wrongfully by the State in chicago cook country 26 and California court.

My lawyer never explain before take a plea deal she never said this will affect my immigration status that is violate my rights to know my rights

Enter the Case Number given by the Circuit Clerk: _____

<table>
<tr><td>

In **2**, if you are sending the document to more than 1 party or lawyer, fill in **a**, **b**, and **c**. Otherwise leave **2** blank.

</td><td>

**2.** I am sending this document:

</td></tr>
</table>

**2.** I am sending this document:

In **2a**, enter the name, mailing address, and email address of the party you are sending the document to. If they have a lawyer, you **must** enter the lawyer's information.

a.  To:
    Name: _____
           *First*           *Middle*         *Last*
    Address: _____
             *Street, Apt #*        *City*     *State*   *ZIP*
    Email address: _____

In **2b**, check the box to show how you are sending the document.

**CAUTION:** If you and the person you are sending the document to have an email address, you **must** use one of the first two options. Otherwise, you may use one of the other options.

b.  By:
    ☐ An approved electronic filing service provider (EFSP)
    ☐ Email *(not through an EFSP)*

    *Only use one of the methods below if you do not have an email address, or the person you are sending the document to does not have an email address.*

    ☐ Personal hand delivery to:
         ☐ The party
         ☐ The party's family member who is 13 or older, at the party's residence
         ☐ The party's lawyer
         ☐ The party's lawyer's office
       ☒ Mail or third party carrier

In **c**, fill in the date and time that you are sending the document.

c.  On _____ at: _____ ☐ a.m. ☐ p.m.
        *Date*

If you are sending your document to more than 2 parties or lawyers, check the box and file the *Additional Proof of Delivery* with this form.

☐ I have completed an *Additional Proof of Delivery* form.

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**I certify that everything in the *Proof of Delivery* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.**

/s/
_____
*Your Signature*

Ulide Anthony Rudon
_____
*Print Your Name*

10450 Rancho Road
_____
*Street Address*

Adelanto, CA, 92301
_____
*City, State, ZIP*

If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name.

Enter your complete address, telephone number, and email address, if you have one.

_____
*Telephone*

_____
*Email*

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

Enter the Case Number given by the Circuit Clerk: _____

19. ☐ For at least one case, I received a Certificate of Eligibility for Sealing by the Prisoner Review Board. *(Attach a copy of the Certificate.)*

<table>
<tr><td>In **20**, check the box if you have completed one of the listed educational goals during your last sentence. If **20** applies to you, all eligible cases can be sealed immediately after the completion of your last sentence.</td></tr>
</table>

20. ☐ I am eligible to seal all eligible cases upon completion of my LAST sentence because I received a high school diploma, associate's degree, career certificate, vocational or technical certification, or bachelor's degree, or passed the high school GED Test; AND
    a.  I did so during the period of my LAST sentence, aftercare release, or mandatory supervised release; AND
    b.  I did not complete the same educational goal before.
    c.  I have attached to this *Request* proof of the program I completed.

21. ☐ I am eligible to seal all eligible cases upon completion of my LAST sentence because I am a trafficking victim as defined under Section 10-9 of the Criminal Code of 2012, and as such:
    a.  I was a victim of human trafficking when my last offense was committed; AND
    b.  My participation in the offense was a direct result of human trafficking under Section 10-9 of the Criminal Code of 2012 OR a severe form of trafficking under the federal Trafficking Victims Protection Act.

<table>
<tr><td>Under the Code of Civil Procedure, <u>735 ILCS 5/1-109</u>, making a statement on this form that you know to be false is perjury, a Class 3 Felony.</td></tr>
</table>

22. ☐ For at least one case, I received a conviction for Reckless Driving; AND
    a.  I was under the age of 25 when the offense was committed; AND
    b.  I have no other convictions for DUI or reckless driving; AND
    c.  I have reached the age of 25.

**I certify that everything in the *Request to Expunge & Impound and/or Seal Criminal Records* is true and correct. I understand making a false statement on this form is perjury and has penalties provided by law under <u>735 ILCS 5/1-109</u>.**

<table>
<tr><td>If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name.</td></tr>
</table>

/s/        _CW_____      06/24/2024
*Your Signature*                                                 *Date*

<table>
<tr><td>Enter the name and contact information of the person who should receive copies of the filed paperwork.</td></tr>
</table>

Name: _____
Attorney # (if any): _____
Street Address: _____
City, State, ZIP: _____
Phone Number: _____
Email: _____

<table>
<tr><td>**DO NOT** fill in the box to the right.</td></tr>
</table>

*For official use only*

State's Attorney/Prosecutor/ISP/Arresting Agency/Chief Local Legal Officer:

Received on: _____

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

### Form 25. Certificate of Service for Paper Filing

**ATTENTION ELECTRONIC FILERS: DO NOT USE FORM 25**
Use Form 25 only if you are **not** registered for Appellate Electronic Filing.

**Instructions**
- You must attach a certificate of service to each document you send to the court and to opposing counsel.
- Include the title of the document you are serving, the name and address of each person you served with a copy of the document, and the date of mailing or hand delivery.
- Sign and date the certificate. You do not need to have the certificate notarized.
- Remember that you must send a copy of **all** documents and attachments to counsel for **each** party to this case.

**9th Cir. Case Number(s)** 24 - 544

**Case Name** Rudon v. Garland

I certify that I served on the person(s) listed below, either by mail or hand delivery, a copy of the EX-R 2903.7 and any attachments. *(title of document you are filing, such as Opening Brief, Motion for ___, etc.)*

**Signature** WR   **Date** 06/24/2024

| Name | Address | Date Served |
|---|---|---|
| Molly C. Dwyer | Post office Box 193939 San Francisco, CA 94119-3939 | 06/24/2024 |
| | | |
| | | |
| | | |

***Mail this form to the court at:***
Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 25   *Rev. 12/01/2018*

G.J. NO. 79
GENERAL NO. 13CR-17388

### CIRCUIT COURT OF COOK COUNTY
### COUNTY DEPARTMENT
### CRIMINAL DIVISION
### SEPTEMBER 2013

The People of the State of
Illinois
v.

Tremaine Gallimore

Anthony Rudon

**INDICTMENT FOR**
ATTEMPT FIRST DEGREE MURDER

A TRUE BILL

Foreman of the Grand Jury

WITNESS
Detective: John Salemme, Star#20769

Filed _____, 20____
Clerk

Bail $ _____

13 SEP 16 PH 1:12

00098

IN THE CIRCUIT COURT OF COOK COUNTY

PEOPLE OF THE STATE OF ILLINOIS )
                    V.                    )
ANTHONY    RUDON                 )
Defendant

CASE NUMBER     13CR1738802
DATE OF BIRTH   03/23/63
DATE OF ARREST  08/18/13
IR NUMBER 2218693   SID NUMBER _____

ORDER OF COMMITMENT AND SENTENCE TO
ILLINOIS DEPARTMENT OF CORRECTIONS
=======================================

The above named defendant having been adjudged guilty of the offense(s) enumerated below
is hereby sentenced to the Illinois Department of Corrections as follows:

| Count | Statutory Citation | Offense | Sentence | | Class |
|-------|-------------------|---------|----------|---|-------|
| 001 | 720 - 5/8-4(A)(720-5 | (ATT) ATTEMPT MURDER/INTENT TO | YRS. 008 | MOS.00 | X |
| | and said sentence shall run concurrent with count(s) ___ ___ ___ ___ | | | | |
| ____ | | | YRS. ____ | MOS. ____ | ____ |
| | and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on: | | | | |
| ____ | | | YRS. ____ | MOS. | ____ |
| | and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on: | | | | |
| ____ | | | YRS. ____ | MOS. | ____ |
| | and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on: | | | | |
| ____ | | | YRS. ____ | MOS. | ____ |
| | and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on: | | | | |

On Count ____ defendant having been convicted of a class _ offense is sentenced as
a class x offender pursuant TO 730 ILCS 5/5-5-3(C)(8).

On Count ___ defendant is sentenced to an extended-term pursuant to 730 ILCS 5/5-8-2.

The Court finds that the defendant is entitled to receive credit for time actually
served in custody for a total credit of 1934 days as of the date of this order
Defendant is ordered to serve 0003 years Mandatory Supervised Release.

IT IS FURTHER ORDERED that the above sentence(s) be concurrent with
the sentence imposed in case number(s) _____ _____ _____ _____
AND: consecutive to the sentence imposed under case number(s) _____ _____ _____ _____
_____ _____ _____ _____ _____

IT IS FURTHER ORDERED THAT MITT TO ISSUE_____
SENTENCE TO BE SERVE AT 85%_____
_____

IT IS FURTHER ORDERED that the Clerk provide the Sheriff of Cook County with a copy of this Order and that the Sheriff
take the defendant into custody and deliver him/her to the Illinois Department of Corrections and that the Department take
him/her into custody and confine him/her in a manner provided by law until the above sentence is fulfilled.

DATED      JUNE 12, 2018            ENTERED: 06/12/18
CERTIFIED BY   T CRUMP
               DEPUTY CLERK
VERIFIED BY _____

ENTERED 1985
JUDGE WILLIAM HOOKS
JUN 12 2018
DOROTHY BROWN
CLERK OF CIRCUIT COURT
OF COOK COUNTY IL

JUDGE HOOKS, WILLIAM H.       1985

CCG N305

00105

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about June 17, 2013 at and within the County of Cook

Tremaine Gallimore
Anthony Rudon

committed the offense of      AGGRAVATED BATTERY

in that THEY, IN COMMITTING A BATTERY, KNOWINGLY USED A DEADLY WEAPON, OTHER THAN BY THE DISCHARGE OF A FIREARM, WITHOUT LEGAL JUSTIFICATION, CAUSED BODILY HARM TO MICHAEL DAVIS, TO WIT: STRUCK MICHAEL DAVIS ABOUT HIS BODY WITH A BAT,
IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 12-3.05(f)(1) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

COUNT NUMBER 2
CASE NUMBER 13CR-17388
CHARGE ID CODE: 0016122

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about June 17, 2013 at and within the County of Cook

> Tremaine Gallimore
> Anthony Rudon

committed the offense of      AGGRAVATED BATTERY

in that THEY, IN COMMITTING A BATTERY, OTHER THAN BY THE DISCHARGE OF A FIREARM, KNOWINGLY WITHOUT LEGAL JUSTIFICATION CAUSED PERMANENT DISFIGUREMENT TO MICHAEL DAVIS, TO WIT: STRUCK MICHAEL DAVIS ABOUT THE BODY,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 12-3.05(c) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

> COUNT NUMBER 5
> CASE NUMBER 13CR-17388
> CHARGE ID CODE: 0016094

00103

STATE OF ILLINOIS     )
                      )  SS.
COUNTY OF COOK        )

                    The SEPTEMBER 2013 Grand Jury of the
                    Circuit Court of Cook County,

The Grand Jurors chosen, selected and sworn, in and for the County of
Cook, in the State of Illinois, in the name and by the authority of
the People of the State of Illinois, upon their oaths present that on
or about June 17, 2013 at and within the County of Cook

                    Tremaine Gallimore
                    Anthony Rudon

committed the offense of      ATTEMPT FIRST DEGREE MURDER

in that THEY, WITHOUT LAWFUL JUSTIFICATION, WITH INTENT TO KILL, DID
AN ACT, TO WIT: STRUCK MICHAEL DAVIS ABOUT THE HEAD AND BODY, WHICH
CONSTITUTED A SUBSTANTIAL STEP TOWARDS THE COMMISSION OF FIRST DEGREE
MURDER,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 8-4(a)(720-5\9-1(a)(1)) OF
THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same
People of the State of Illinois.

                         COUNT NUMBER 1
                         CASE NUMBER 13CR-17388
                         CHARGE ID CODE: A0735000

216448695/24.544
Ulide Anthony Rudon

I am asking the Courts to Vacate my Conviction because I was
Charge wrongfully because I hit a man on his left arm and Mr
Gallimore beat him in his head Mr Rudon didn't Cause no
damage to Michael Davis I have give John Salemme star #20 769
and have never use my statement in Court everything that has it is in
my statement I was charged wrongfully by the state
in Chicago Cook County 26 and California court violated my due
process rights


 my lawyer never explain before take a plea deal she never said this
will affect my Immigration status that is violate my due process
rights

Ulide Anthony Rudon
216 448 695/24.544

I was arrested on Apple 2013 and was investigated I the Detective John saiemme star #20 769 everything that
happened that night at night at the bar The police proceeded to put us in a line up with Mr gallimore, and the witness pointed us out After, were placed in a cell Three days later, I was taken to County Jail. On the first week I was taken to Court, and they told me that I was charged with Battery and Mr. gallimore was charged with attempted murder. The public defender was named Dimlock the Judge's name was Haux and the Courtroom was 205. I told my public defender what had happened that night at the bar. The case was long For the fist two years, she told me I was charged with Battery and I was offered two years. I denied the plea deal, so my case was prolonged for three years
After three years, I was told that the State had boosted up my charge to attempted murder for the reason that I had not notified the Detective John saiemme star #20 769 did not call an ambulance and left the man there. Five years after, gallimore went to trial. The young man testified against him, and he was found guilty and sentenced to 12 years. One month after, I was supposed to have a trial, but it was delayed. The day I went to Court, the public defender said that I had nothing to do with what happened that night and the oniy reason I was charged was because I was there when it happened. I had no defense on my side, and they tried to shift my case to a different courtroom. And a month after, the second time I was in Court I was given a plea deal, so I asked what happened to the battery charge. And I was told that the State had made a decision, and there was nothing my public defender could do. I was violated ftom I was charge wrong fully by nasux the state in Chicago Cook county norax 26 and Caifornta court

JUNE,12,2013

attempted murder The public defender was mamed cheryl Dimlock,the Judges name was Judge Haux the courtroom was 205.I told my public defender what had happened that night at the bar. The case was long for that two years, she told me I
I was chargedwith Battery and I was offered two years .I denied the plea deal so my  case was prolonged for three years. After three yeaes. I was toId thsl the state had boosted up my charge to attempted murder for the reason that I had not notified the police, did not call an ambulance, and left the man there. Ficve years after, Mr Gallimore went to trial. The young man testified against him, and he was fonud guiltyand esntenced to 12 years. One month after, I was supposed to have a trial, but it was delayrd. The day I went to court, the puyblic defender said that I had nothing to do with what happened that night, and the only reason Iwas charged was because I was there